# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:10-CR-330** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **JUAN CARLOS ALMAGUER** | : | |
| **AND** | | |
| **ALCIDE FRAGUELA-CASANOVA** | : | |

## **ORDER**

AND NOW, this 28th day of March, 2012, upon consideration of the United States' Motion to Dismiss Indictment (Doc. 132), it is hereby ORDERED that said motion is GRANTED. The Indictment filed in this case is hereby DISMISSED and the case is CLOSED.

                                                 S/ Christopher C. Conner
                                               CHRISTOPHER C. CONNER
                                               United States District Judge